**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Bendtrand Global Services S.A., Runner Runner LLC and Alexander Kaplin | ) ) ) | |
| Plaintiffs | ) ) | Case No. 21-CV-4684 |
| v. | ) ) | Hon. Harry D. Leinenweber |
| Daniel Silvers | ) ) | |
| Defendant | ) | |

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. 7.1 & L.R. 3.2**

The Plaintiffs, Bendrand Global Services S.A. ("Bendrand") and Runner Runner LLC ("Runner"), by and through their attorney at Elan Law Group, state as follows:

1. Bendrand has no parent corporations, and no publicly held corporation owns 10% or more of its stock; and

2. Bendrand has not publicly held affiliates.

3. Runner has not parent corporations, and no publicly held corporations owns 10% or more of its stock.

4. Runner has no publicly held affiliates.

Date: September 27, 2021

Bendtrand
Global Services S.A., Runner
Runner LLC

By: /s/ Svetlana Kaplina
One of their Attorneys

Svetlana Kaplina
ARDC# 6293095
Elan Law Group
1101 S. State St., #1004
Chicago, IL 60603
Phone: (312) 934-6009