Case: 1:21-cv-04684 Document #: 25 Filed: 05/18/22 Page 1 of 1 PageID #:101

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Alexander Kaplin, et al.
                              Plaintiff,

v.                                                    Case No.: 1:21−cv−04684
                                                          Honorable Harry D. Leinenweber

Daniel Silvers
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 18, 2022:

      MINUTE entry before the Honorable Harry D. Leinenweber: Telephonic ruling on motion hearing held. Motion to disqualify counsel and for sanctions [20] is denied. Leave is granted to file a reply to the motion to dismiss [12] by 5/25/22. Telephonic conference/ruling set for 6/29/22 is vacated. The Court will rule by mail. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.