**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

Alexander Kaplin, et al.
                                              Plaintiff,

v.                                                                              Case No.: 1:21−cv−04684
                                                                             Honorable Harry D. Leinenweber

Daniel Silvers
                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 29, 2022:

      MINUTE entry before the Honorable Harry D. Leinenweber: For the reasons set forth in the Court's memorandum opinion and order, the Court grants in part and denies in part Silvers' Motion to Dismiss (Dkt. No. 12) as follows: 1. the Motion to Dismiss as to Counts I, III and IV are denied; and 2. the Motion to Dismiss as to Counts II and V are granted. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.