UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Bendtrand Global Services S.A., Runner Runner LLC and Alexander Kaplin | ) ) ) | |
| Plaintiffs | ) ) | Case No. 21-CV-4684 |
| v. | ) ) | |
| Daniel Silvers | ) ) | |
| Defendant | ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING TO COUNTERCLAIMS AND AFFIRMATIVE DEFENSES**

Plaintiffs, Bendtrand Global Services S.A., Runner Runner LLC and Alexander Kaplin, by and through their attorney, Gene Hook Jr., submit this Unopposed Motion for Extension of Time to File a Responsive Pleading to Counterclaims and Affirmative Defenses (the "Motion") and in support thereof state as follows:

1. On or about September 16, 2022. the Defendant filed his Answer to the Complaint and asserted a number of Counterclaims and Affirmative Defenses.

2. The Plaintiffs' response to the Defendant's Counterclaims is currently due on October 7, 2022.

3. The undersigned counsel for the Plaintiffs, Gene Hook, has experienced some unexpected health issues, which prevented him from filing a timely response.

4. Accordingly, the Plaintiffs are requesting a three-week extension to file a response to the Counterclaims and Affirmative Defenses.

5. Counsel for the Plaintiffs conferred with counsel for Defendant on Wednesday, October 5, 2022, who indicated that he had no objection to this request.

WHEREFORE, the Plaintiffs respectfully requests that this Court grant their motion for extension of time to file the response to the Defendant's Counterclaims and Affirmative Defenses on or before October 28, 2022 and for any other and further relief that the Court deems just and proper.

Date:  October 6, 2022                                    Alexander Kaplin, Bendtrand
                                                           Global Services S.A., Runner Runner LLC


                                                          By: /s/  Gene Hook Jr.
                                                          Counsel for the Plaintiffs


Gene Hook
Law Office of Gene Hook Jr.
401 S LaSalle St., Suite 1600 Q
Chicago, IL 60605
Phone: 773-606-1856
Fax: 312-488-2649

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Unopposed Motion for Extension of Time to File a Responsive Pleading to Counterclaims and Affirmative Defenses was served upon all counsel of record this 6th day of October, 2022 via Case Management/Electronic Case Filing ("CM/ECF") System.

/s/ Gene Hook