UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Bendtrand Global Services S.A., Runner Runner LLC and Alexander Kaplin | ) ) ) | |
| Plaintiffs | ) | Case No. 21-CV-4684 |
| v. | ) ) | Honorable Harry D. Leinenweber Judge Presiding |
| Daniel Silvers | ) ) | |
| Defendant | ) ) ) | |

**REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES**

The Plaintiffs, Bendtrand Global Services S.A., Runner Runner LLC and Alexander Kaplin, by and through their attorney, Gene Hook Jr., submit this Reply in Support of Plaintiffs' Motion to Strike Defendant's Affirmative Defenses (the "Motion to Strike") and in support thereof state as follows:

The Defendant's Response to the Plaintiffs' Motion to Strike begins with the following quotation, purportedly from *Jackson v. Vernon County*, 2022 U.S. Dist. LEXIS 77964, a Western District of Wisconsin decision in a criminal case: 'except in extraordinary circumstances, motions to strike are generally a pointless exercise for the parties and the court.' (Rspns., p. 1, Dkt. # 46). Neither *Jackson*, nor other cases cited by the Defendant however, contain such a statement, and it is not an accurate representation of the law.[1]

---

[1] Motions to strike are disfavored when they serve to delay the case, but motions that serve to expedite by removing "unnecessary clutter" are granted. *Heller Financial, Inc. v. Midwhey Powder Co.*, 883 F.2d 1286, 1294 (7th Cir. 1989).

1

The ill-considered "Introduction" of the Defendant's Response is followed by equally problematic "Specific Defenses" section, where the Defendant attempts to present arguments in support of his affirmative defenses. (Rspns., p. 3-7, Dkt. # 46). However, the Defendant's arguments are nothing more than a hodge-podge of relevant and irrelevant legal principles, bizarre claims, and misrepresentations of the facts alleged in the Complaint and Counterclaim.

For instance, in support of his First Affirmative Defense of Equitable Estoppel, the Defendant correctly recites the elements of equitable estoppel, but then ignoring the law, claims that equitable estoppel should not be stricken simply because "both parties allegedly ma[de] promises that were not kept." *Id.,* p. 3.

In support of his Second Affirmative Defense of Unjust Enrichment, the Defendant makes an inexplicable claim that the Affirmative Defense should have been "titled 'set-off' rather than unjust enrichment [because] functionally and factually it's the same thing." *Id*. The Defendant then argues that the defense should not be stricken, because the Plaintiffs "kept" the software, even though neither the Complaint nor Counterclaim contains such an allegation. *Id.,* p. 4.

Ignoring the legal theories set forth in his own Answer as part of the Fourth and Fifth Affirmative Defenses,[2] the Defendant argues that the Fourth Affirmative Defense of Waiver and Statute of Frauds should not be stricken. The argument boils down to a conclusory statement that "[t]hese affirmative defenses are perfectly adequate to provide notice of the defenses." *Id.,* p. 5.

---

[2] Statute of Limitation, Statute of Repose, Waiver, Estoppel "and/or" Laches were listed as Forth Affirmative Defense. (Answer, p. 18., Dkt. # 35). Statute of Frauds was listed as Fifth Affirmative Defense. *Id.*

The remainder of the Response is similarly untenable. Since the Response fails to present cohesive arguments, where the alleged facts are applied to the law, the Response is not conducive to a reply. As such, the Plaintiffs will stand on their previously filed Motion to Strike.

WHEREFORE, the Plaintiffs, Alexander Kaplin, Bendtrand Global Services S.A., and Runner Runner LLC, pray that this Court grant the Plaintiffs' motion, strike all the affirmative defenses and grant the Plaintiffs any other and further relief that the Court deems just and proper.

Date: December 16, 2022                        Alexander Kaplin, Bendtrand Global Services S.A., Runner Runner LLC

By: /s/ Gene Hook Jr.
Counsel for the Plaintiffs

Gene Hook
Law Office of Gene Hook Jr.
401 S LaSalle St., Suite 1600 Q
Chicago, IL 60605
Phone: 773-606-1856

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Reply in Support of Plaintiffs' Motion to Strike Defendant's Affirmative Defenses was served upon all counsel of record this 16th day of December, 2022 via Case Management/Electronic Case Filing ("CM/ECF") System.

/s/ Gene Hook