**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Alexander Kaplin, et al.
                         Plaintiff,

v.                                             Case No.: 1:21−cv−04684
                                                            Honorable Harry D. Leinenweber

Daniel Silvers
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 3, 2023:

      MINUTE entry before the Honorable Harry D. Leinenweber: Telephonic conference and ruling on motion hearing held. For the reasons stated on the record, the Court grants in part Plaintiffs' Motion [55] to extend discovery. The Court extends discovery for 60 days for the purpose of Defendant responding to the discovery request that was sent in February and for Plaintiff to depose Defendant. Additionally, the Court sets the following briefing schedule for Motion by Counter−Claimant/Defendant Silvers to dismiss for failure to state a claim [57]: Response: May 30, 2023; Reply by June 6, 2023. The Court will rule by mail. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.