## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Alexander Kaplin, et al.

                      Plaintiff,

v.                                                  Case No.: 1:21−cv−04684
                                                         Honorable Harry D. Leinenweber

Daniel Silvers

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 29, 2023:

      MINUTE entry before the Honorable Harry D. Leinenweber: For the reasons stated in the Court's 9/29/23 memorandum opinion and order, Plaintiffs' Motion to Strike the Affirmative Defenses [Dkt. No. 41] is granted without prejudice. The Motion to Dismiss the Counterclaims [Dkt. No. 40] is denied as to Count I and is granted with prejudice as to Count II. Telephonic status conference is set for 11/2/23 at 9:15 a.m. Joint status report shall be filed by 10/26/23. Dial: 888−684−8852 or 215−446−0155, access code: 9582710#. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.