IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BENDTRAND GLOBAL SERVICES S.A., RUNNER LLC and ALEXANDER KAPLIN<br><br>Plaintiffs,<br><br>v.<br><br>DANIEL SILVERS,<br><br>Defendant. | Case No: 21-CV-4684 |

## JOINT STATUS REPORT

Pursuant to the Court's order, issued on or about September 29, 2023 [Doc. 62] the parties, by and through their respective counsel, submit this Joint Status Report and state as follows:

1. **NATURE OF THE CASE**

    A. Attorneys of Record:

    Gene Hook, Esq.
    Law Office of Gene Hook Jr.
    401 S. LaSalle St., Suite 1600Q
    Chicago, IL 60605
    T: 773-606-1856
    ghookjr@yahoo.com

    *Attorney for Bendtrand Global Services, S.A., Runner Runner LLC, and Alexander Kaplin*

    Alexander Loftus, Esq.
    Ross M. Good, Esq.
    LOFTUS & EISENBERG, Ltd.
    161 N. Canal St., Suite 1600
    Chicago, IL 60601
    T: 312.899.6625
    ross@loftusandeisenberg.com
    alex@loftusandeisenberg.com

*Attorneys for Daniel Silvers*

B. Federal jurisdiction is based on diversity of citizenship pursuant to 28 U.S.C. 1332(a), as the case is between citizens of different states and the amount in controversy exceeds $75,000, exclusive of interests and costs. Plaintiff, Alexander Kaplin is a resident of Florida. Plaintiff, Runner Runner LLC is a Wyoming limited liability company, with Kaplin being the sole member of the company. Plaintiff, Bendrand Global Services S.A. is a Panamanian corporation. Defendant, Daniel Silvers is a resident of Illinois. The amount in controversy is over $1.4 million dollars.

C. The Plaintiffs assert that the Plaintiffs and the Defendant agreed that the Defendant would build a computer code for a functional crypto-currency exchange, and the Plaintiffs would finance the project. Plaintiff alleges that for years the Defendant made false representations to the Plaintiffs regarding the status of the project, and his ability to complete the project, inducing the Plaintiffs to pay Defendant and sponsor his travels. Plaintiff alleges that after the Plaintiffs spent over $1.4 million on the project, they learned that the Defendant did not do any work on the project. In the Amended Complaint, the Plaintiffs claim damages, alleging breach of contract, fraud violation of the Computer Fraud and Abuse Act, and conversion and unjust enrichment. Defendant filed a motion to dismiss the Amended Complaint. (Doc. 57). This is fully briefed. (Docs. 60-61). The Court has not yet ruled on Defendant's Motion.

The Defendant has filed an Answer, along with two counterclaims and affirmative defenses. One of the Defendant's counter-claim has been dismissed with prejudice. (Doc. 62). The only remaining counterclaim is for breach of contract. *Id.* All of Defendant's affirmative defenses have been dismissed without prejudice. *Id.*

2. **CASE PLAN**

Discovery has been completed and closed. The only outstanding matter is the Defendant's Motion to Dismiss the Amended Complaint. (Doc. 57). If any of the counts in the Amended Complaint are dismissed, the Plaintiff will reallege the counts within 21 days of dismissal, unless dismissed with prejudice.

**PLAINTIFFS' POSITION:** If the motion to dismiss the Amended Complaint is denied, the parties will file motions for summary judgment within 120 days. Responses will be filed within 21 days. Replies will be filed within 7 days. The Plaintiffs requested a jury trial. Plaintiffs estimated length of trial is seven days.

**DEFENDANT'S POSITION:** Defendant requests a briefing schedule on Summary Judgment if this Court does not grant Defendant's pending Motion to Dismiss. (Doc. 57). Defendant does not need 120 days to file a Motion for Summary Judgment; 30 days is sufficient. Defendant believes simultaneous briefing on Summary Judgment is appropriate. Plaintiffs have taken zero depositions despite being granted leave to do so after the close of discovery in this case. (Doc. 59). To the extent that all matters are

not resolved with Summary Judgment Briefing, Defendant requests a trial of three days.

3. **SETTLEMENT**

No Settlement discussions have occurred. The parties do not believe that a settlement conference would be productive at this time.

Date: October 20, 2023

/s/*Gene Hook*
Gene Hook, Esq.
Law Office of Gene Hook Jr.
401 S. LaSalle St., Suite 1600Q
Chicago, IL 60605
773-606-1856
ghookjr@yahoo.com
*Attorney for Bendtrand Global Services, S.A., Runner Runner LLC, and Alexander Kaplin*


/s/*Ross M. Good*
Ross M. Good, Esq.
LOFTUS & EISENBERG, Ltd.
161 N. Canal St., Suite 1600
Chicago, IL 60601
T: 312.899.6625
ross@loftusandeisenberg.com
*Attorney for Daniel Silvers*