## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Alexander Kaplin, et al.

        Plaintiff,

v.                Case No.: 1:21−cv−04684
               Honorable Harry D. Leinenweber

Daniel Silvers

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 31, 2023:

  MINUTE entry before the Honorable Harry D. Leinenweber: Telephone Conference set for 11/2/23 is vacated. The matter being fully briefed, the Court will rule by mail re: Motion by Counter−Claimant/Defendant Silvers to dismiss for failure to state a claim [57]. Mailed notice (maf)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.