# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Alexander Kaplin, et al.

                              Plaintiff,

v.                                                          Case No.: 1:21−cv−04684
                                                        Honorable Harry D. Leinenweber

Daniel Silvers

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 28, 2024:

       MINUTE entry before the Honorable Harry D. Leinenweber: MOTION by Plaintiffs to strike answer to amended complaint 65 Motion to Strike Amended Affirmative Defenses [67] is taken under advisement. The Court will rule by mail upo9n ruling on the motion to dismiss [57]. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.