**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Alexander Kaplin, et al.
                          Plaintiff,

v.                                                 Case No.: 1:21–cv–04684
                                                       Honorable Sunil R. Harjani

Daniel Silvers
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 15, 2024:

      MINUTE entry before the Honorable Sunil R. Harjani: This case has been reassigned to the calendar of Judge Sunil R. Harjani. Upon review of the complaint, Plaintiff alleges that they were a resident of Florida at the commencement of this action and that Defendant is a Panama Corporation with a main office in Panama City. [54] at p. 1. This is not sufficient information for the Court to determine jurisdiction. By 4/30/2024, the parties shall file a Supplemental Jurisdictional Statement. Parties shall note that an individual is not a citizen of the state in which they reside but instead their domicile. See Dakuras v. Edwards, 312 F.3d 256, 258 (7th Cir. 2002) ("[c]itizenship for purposes of the diversity jurisdiction is domicile."). "[R]esidence may or may not demonstrate citizenship, which depends on domicile–that is to say, the state in which a person intends to live over the long run. An allegation of 'residence' is therefore deficient." Heinen v. Northrop Grumman Corp., 671 F.3d 669, 670 (7th Cir. 2012). Further, what matters for the citizenship of a corporation is its state of incorporation and its principal place of business, not its "headquarters." Dalton v. Teva North America, 891 F.3d 687, 690 (7th Cir. 2018). Defendant's motion to dismiss [57] and Plaintiff's motion to strike [67] are fully briefed and taken under advisement. The Court will issue a ruling via CM/ECF. A status hearing is set for May 9, 2024, at 9:15 a.m. by telephone. Members of the public and media will be able to call in to listen to this hearing but will be placed on mute. The call–in number is (855) 244–8681 and the access code is 172 628 1276##Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.