IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BENDTRAND GLOBAL SERVICES S.A., RUNNER RUNNERLLC and ALEXANDER KAPLIN,<br><br>Plaintiffs,<br><br>v.<br><br>DANIEL SILVERS,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No: 21-CV-4684<br>)<br>)<br>)<br>)<br>) |

**SUPPLEMENTAL JURISDICTIONAL STATEMENT**

Defendant, Daniel Silvers through his undersigned counsel, hereby submits the following Supplemental Jurisdictional Statement pursuant to this Court's Order (Doc. 72):

Defendant Daniel Silvers is domiciled in Cook County, Illinois.

Dated April 21, 2024                              Respectfully submitted,

**DANIEL SILVERS,**
Defendant

By:    /s/*Ross M. Good*
           One of His Attorneys

Alexander Loftus, Esq.
Ross Good, Esq.
LOFTUS & EISENBERG, LTD.
161 N. Clark St., Suite 1600
Chicago, Illinois 60601
T: 312.899.6625
alex@loftusandeisenberg.com
ross@loftusandeisenberg.com

1

## CERTIFICATE OF SERVICE

I, Alexander N. Loftus an attorney, hereby certify that on April 21, 2024 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing and via U.S. mail to:

/s/ *Ross M. Good*