UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Bendtrand Global Services S.A., Runner Runner LLC and Alexander Kaplin | ) ) ) | |
| Plaintiffs | ) | Case No. 21-CV-4684 |
| v. | ) ) ) | Honorable Sunil R. Harjani Judge Presiding |
| Daniel Silvers a/k/a Daniil Girell | ) ) | |
| Defendant | ) | |

**SUPPLEMENTAL JURISDICTIONAL STATEMENT**

Plaintiffs, Bendtrand Global Services S.A., Runner Runner LLC and Alexander Kaplin, by and through their attorney Gene Hook, pursuant to the April 15, 2024 Court order, submit this Supplemental Jurisdictional Statement and in support thereof state as follows:

1. Plaintiff, Alexander Kaplin ("Kaplin"), is a natural person and was a domiciliary of Florida at the commencement of this action.

2. Plaintiff, Runner Runner LLC ("Runner") is a Wyoming limited liability company. Kaplin is the sole member of Runner.

3. Plaintiff, Bendtrand Global Services S.A. ("Bendtrand") is a Panamanian corporation, which was incorporated in Panama. At all relevant times, Bendtrand had its principal place of business in Panama City, Panama. Kaplin is the sole shareholder of Bendtrand.

4. Defendant, Daniel Silvers a/k/a Daniil Girell ("Silvers") is a natural person and was a domiciliary of Illinois at the commencement of this action.

1

Date: April 29, 2024

Alexander Kaplin, Bendtrand Global Services S.A., Runner Runner LLC

By: /s/ Gene Hook
Counsel for the Plaintiffs