**UNITED STATES DISTRICT COURT**
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
**Eastern Division**

Alexander Kaplin, et al.
                              Plaintiff,

v.                                                          Case No.: 1:21−cv−04684
                                                                  Honorable Sunil R. Harjani

Daniel Silvers
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 3, 2024:

       MINUTE entry before the Honorable Sunil R. Harjani: Defendant's motion to dismiss the amended complaint [57] is denied. Defendant seeks to dismiss the breach of contract claim in the Amended Complaint, but the prior district judge already denied that motion [34] and that is the law of the case; the few additional allegations in the Complaint about shared profits and losses do not discount in any way the detailed allegations in the Amended Complaint about an agreement that was purportedly breached by the failure to deliver the DEX software. As to the fraud claim, the Court finds that Plaintiff has corrected the deficiencies identified by the prior district judge. The deficiencies, pursuant to FRCP 9(b), were the "when" and "where" of the alleged false statements constituting the fraud. Those allegations were rectified in the Amended Complaint. See e.g. Para. 61−79, 89−93, 97−107, 138, 145. Furthermore, contrary to Defendant's claim, the district judge did not dismiss this claim with prejudice (rather he was silent on it), and of course it would be inconsistent with precedent in this Circuit to dismiss on this basis. See Runnion ex rel. Runnion v. Girl Scouts of Greater Chicago & Nw. Ind., 786 F.3d 510, 520 (7th Cir. 2015) (court may dismiss complaint with prejudice "[w]here it is clear that the defect cannot be corrected so that amendment is futile"). Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.