## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Alexander Kaplin, et al.
                                  Plaintiff,

v.                                                                                   Case No.: 1:21−cv−04684
                                                                                  Honorable Sunil R. Harjani

Daniel Silvers
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 3, 2024:

      MINUTE entry before the Honorable Sunil R. Harjani: Plaintiff's motion to strike defendant's affirmative defenses [67] shall be briefed as follows: Response due 5/17/2024; reply 5/24/2024. Defendants should review their affirmative defenses and determine whether they are indeed classified as affirmative defenses under Illinois law (or simply just arguments in defense of the claims), and if not, voluntarily strike them. In addition, the Court notes from the most recent status report [64] that discovery is closed but the parties do not appear to have had any serious settlement discussions. The parties should do so before spending the time and expense associated with filing summary judgment motions. The magistrate judge is in a good position to explore each parties' position, order a demand and a response, and have confidential discussions with each side to decipher whether this case is appropriate for a settlement conference. Accordingly, the matter is referred to the assigned magistrate judge for settlement discussions. No summary judgment motion may be filed without an in−person status hearing before the Court. Telephone conference set for 5/9/2024 is stricken. In−person status hearing is set for 8/6/2024 at 9:15 a.m. Finally, the Court appreciates the clarity and corrections provided in the jurisdictional status reports [73, 74]. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.