# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Alexander Kaplin, et al.

                                  Plaintiff,

v.                                                     Case No.: 1:21−cv−04684

                                                            Honorable Sunil R. Harjani

Daniel Silvers

                                  Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Jeannice W. Appenteng for the purpose of holding proceedings related to: settlement conference. (lxs, )Mailed notice.

Dated: May 3, 2024

                                                                                          /s/ Sunil R. Harjani

                                                                      United States District Judge