# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Alexander Kaplin, et al.
                              Plaintiff,

v.                                                    Case No.: 1:21−cv−04684
                                                      Honorable Sunil R. Harjani

Daniel Silvers
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 7, 2024:

    MINUTE entry before the Honorable Jeannice W. Appenteng: This case has been referred to Magistrate Judge Appenteng to conduct a settlement conference [77]. Prior to scheduling a settlement conference, the parties shall exchange pre−conference settlement letters. The required content of these letters can be found in the Court's Standing Order on Settlement Conferences, which is located on Judge Appenteng's webpage. Plaintiff's letter is due to defendant by 5/17/2024. Defendant';s letter is due to plaintiff by 5/31/2024. Each party shall email a copy of its letter to the Court at Settlement_Correspondence_Appenteng@ilnd.usco urts.gov on the same day that it is provided to the opposing party. After considering the parties' settlement positions, Chambers staff will contact the parties with available dates for a full settlement conference or a preliminary attorneys−only conference. Tracking status hearing set for 6/7/2024 at 9:00 a.m., for tracking purposes only (no appearance is required; the case will not be called). Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.