UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Bendtrand Global Services S.A., Runner Runner LLC and Alexander Kaplin | ) ) ) | |
| Plaintiffs | ) | Case No. 21-CV-4684 |
| v. | ) ) | Honorable Sunil R. Harjani Judge Presiding |
| Daniel Silvers | ) ) | |
| Defendant | ) ) | |

**PLAINTIFFS' MOTION TO
EXTEND TIME TO FILE REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO
STRIKE DEFENDANT'S AMENDED AFFIRMATIVE DEFENSES**

The Plaintiffs, Bendtrand Global Services S.A., Runner Runner LLC and Alexander Kaplin, by and through their attorney, Gene Hook, submit this Motion to Extend Time to File Reply in Support of Plaintiffs' Motion to Strike Defendant's Amended Affirmative Defenses (the "Motion") and in support thereof state as follows:

1. On or about May 7, 2024 the Court entered a briefing schedule on the Plaintiffs' Motion to Strike Defendant's Amended Affirmative Defenses.

2. Pursuant to the briefing schedule, the Plaintiffs' reply was due on May 24, 2024, but the Plaintiffs miscalendared the briefing schedule dates.

3. On or about May 30, 2024, the Plaintiffs discovered the error.

4. The Plaintiffs immediately emailed and relayed this information to the opposing counsel to obtain the Defendant's consent to the extension.

5. However, as of the time of filing this Motion, the Plaintiffs have not heard back from the Defendant.

1

6. Pursuant to Federal Rule of Civil Procedure 6(b)(1)(B), "the court may, for good cause, extend the time … on motion made after the time has expired if the party failed to act because of excusable neglect."

7. The Plaintiffs request that the Court finds their failure to act excusable and allow the Plaintiffs additional time to file their reply.

WHEREFORE, the Plaintiffs, Bendtrand Global Services S.A., Runner Runner LLC and Alexander Kaplin, pray that this Honorable Court grant their Motion to Extend Time to File Reply in Support of Plaintiffs' Motion to Strike Defendant's Amended Affirmative Defenses, allow the Plaintiff to file its Reply within seven (7) days of the entry of the Court's order on this Motion, and for such other and further relief as this Court deems just and proper.

Date: May 30, 2024                                      Alexander Kaplin, Bendtrand
                                                         Global Services S.A., Runner
                                                         Runner LLC


                                                         By: /s/ Gene Hook
                                                         Counsel for the Plaintiffs


Gene Hook
Law Office of Gene Hook
401 S LaSalle St., Suite 1600 Q
Chicago, IL 60605
Phone: 773-606-1856

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Motion to Strike Defendant's Amended Affirmative Defenses was served upon all counsel of record this 17th day of November, 2023 via Case Management/Electronic Case Filing ("CM/ECF") System.

/s/ Gene Hook