## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Alexander Kaplin, et al.

                        Plaintiff,

v.                                                  Case No.: 1:21−cv−04684

                                                              Honorable Sunil R. Harjani

Daniel Silvers

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 10, 2024:

      MINUTE entry before the Honorable Jeannice W. Appenteng: The Court has received communication from the parties agreeing to reschedule the telephone conference set for 6/11/2024. The off−the−record telephone conference, in furtherance of settlement, is reset to 6/25/2024 at 2:30 p.m. The parties will receive the telephone conference dial−in information via email prior to the call. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.