# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
### Eastern Division

Alexander Kaplin, et al.
                              Plaintiff,

v.                                              Case No.: 1:21−cv−04684
                                                Honorable Sunil R. Harjani

Daniel Silvers
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 25, 2024:

    MINUTE entry before the Honorable Jeannice W. Appenteng: Off−the−record the telephone conference held 6/25/2024, in furtherance of settlement. Based on a review of the parties' submissions and conversations during the telephone conference, the Court has determined that a settlement conference would not be appropriate or productive at this time. Accordingly, the referral is terminated pending further orders from the District Judge. Mailed notice. (kl, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.