**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Alexander Kaplin, et al.
                              Plaintiff,

v.                                                    Case No.: 1:21−cv−04684
                                                             Honorable Sunil R. Harjani

Daniel Silvers
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 26, 2024:

      MINUTE entry before the Honorable Sunil R. Harjani: Plaintiffs' Motion to Strike Amended Affirmative Defenses [67] is fully briefed and taken under advisement. The Court will issue a ruling via CM/ECF. No summary judgment motion may be filed until an in−person status conference has been held with the Court. In−person status hearing set for 9/19/2024 at 9:15 a.m. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.