IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

BENDTRAND GLOBAL SERVICES S.A., )
RUNNER LLC and ALEXANDER KAPLIN )
)
    Plaintiffs, )
)
    v. )    Case No: 21-CV-4684
)
DANIEL SILVERS, )
)
    Defendant. )
)

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Defendant DANIEL SILVERS hereby respectfully requests that this honorable Court grant leave to withdraw as counsel for Defendant DANIEL SILVERS (hereafter collectively referred to as "Defendant") in the above-captioned lawsuit. In support of this motion, Defendant states as follows:

1. Ross Good entered appearance on behalf of Defendant on December 6, 2022. (Doc. 47)

2. Defendant will continue to be represented by other counsel who have already entered their appearance.

**WHEREFORE**, Defendant, DANIEL SILVERS, respectfully requests that this honorable Court grant this motion for leave to withdraw as counsel and that ROSS GOOD's appearance be withdrawn, *instanter*.

Dated July 12, 2024                        Respectfully submitted,

                                                      **DANIEL SILVERS,**
                                                      Defendant

                                                      By:    /s/*Ross M. Good*
                                                            One of His Attorneys

Ross M. Good
THE GOOD LAW GROUP
800 E. Northwest Hwy Suite 814

Palatine, IL 60074
Telephone: (847) 600-9576
Email: ross@thegoodlawgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

                                                /s/Ross M. Good