# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Alexander Kaplin, et al.

                              Plaintiff,

v.                                                    Case No.: 1:21−cv−04684

                                                             Honorable Sunil R. Harjani

Daniel Silvers

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 29, 2024:

      MINUTE entry before the Honorable Sunil R. Harjani: For the reasons stated in the Order entered this day, Plaintiffs' motion to strike [67] pursuant to Fed. R. Civ. P. 12(f) is granted in part and denied in part. The First, Second, Fourth, Fifth, and Seventh Affirmative Defenses are stricken. The Third Affirmative Defense of Statute of Frauds and Sixth Affirmative Defense of Unclean Hands remain. The in−person status hearing set for 9/19/2024 at 9:15 a.m. is reset for 8/15/2024 at 9:15 a.m. in Courtroom 1725. As noted, no summary judgment motion may be filed until the in−person status conference has been held with the Court. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.