## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Alexander Kaplin, et al.
         Plaintiff,

v.                    Case No.: 1:21−cv−04684
                   Honorable Sunil R. Harjani

Daniel Silvers
         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 15, 2024:

  MINUTE entry before the Honorable Sunil R. Harjani: Status hearing held. By 8/29/2024, Plaintiffs shall file a status report explaining in detail why it believes summary judgment is appropriate at this time. Defendant's response to Plaintiff's status report is due 9/6/2024. As discussed in open court, one party shall make a good faith counteroffer to the last settlement offer by the next hearing. Status hearing set for 9/12/2024 at 9:30 a.m. in Courtroom 1725. **(Time Different From Time Given In Court).** Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.