**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Alexander Kaplin, et al.
                                Plaintiff,

v.                                                       Case No.: 1:21−cv−04684
                                                              Honorable Sunil R. Harjani

Daniel Silvers
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 12, 2024:

      MINUTE entry before the Honorable Sunil R. Harjani: Status hearing held. Counsel for Plaintiff was present. Defendant's counsel failed to appear due to mis−calendaring. In−person status hearing set for 9/19/2024 at 9:30 a.m. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.