**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Bendtrand Global Services S.A., Runner Runner LLC and Alexander Kaplin | ) ) ) | |
| Plaintiffs | ) | Case No. 21-CV-4684 |
| v. | ) ) | Honorable Sunil R. Harjani Judge Presiding |
| Daniel Silvers | ) ) | |
| Defendant | ) ) | |

**PLAINTIFFS' MOTION TO
EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT**

The Plaintiffs, Bendtrand Global Services S.A., Runner Runner LLC and Alexander Kaplin, by and through their attorney, Gene Hook, submit this Motion to Extend Time to File Motion for Summary Judgment and in support thereof state as follows:

1. On or about September 19, 2024 the Court entered a briefing schedule, setting October 21, 2024 as the deadline for the Plaintiffs' Motion for Summary Judgment (the "MSJ").

2. To support its MSJ, the Plaintiffs intend to submit sworn affidavits from various witnesses.

3. The Plaintiffs have contacted the witnesses, but many of them could not produce affidavits by the deadline set by the Court due to their individual personal circumstances.

4. Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), "the court may, for good cause, extend the time … if a request is made, before the original time or its extension expires."

1

5. Here, good cause exists, because the Plaintiffs have reached out to the witnesses, but some witnesses are unable to produce the affidavits within the allotted time due to circumstances outside of the Plaintiffs' control.

6. Therefore, the Plaintiffs seek an extension until November 8, 2024 to file the Plaintiffs' Motion for Summary Judgment.

WHEREFORE, the Plaintiffs, Bendtrand Global Services S.A., Runner Runner LLC and Alexander Kaplin, pray that this Honorable Court grant their Motion to Extend Time to File Summary Judgment Motion and for such other and further relief as this Court deems just and proper.

Date: October 18, 2024                                  Alexander Kaplin, Bendtrand
                                                        Global Services S.A., Runner
                                                        Runner LLC


                                                        By: /s/ Gene Hook
                                                        Counsel for the Plaintiffs


Gene Hook
Law Office of Gene Hook
401 S LaSalle St., Suite 1600 Q
Chicago, IL 60605
Phone: 773-606-1856

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Motion was served upon all counsel of record this 24th day of October, 2024 via Case Management/Electronic Case Filing ("CM/ECF") System.

/s/ Gene Hook