# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Alexander Kaplin, et al.
                    Plaintiff,

v.                                              Case No.: 1:21−cv−04684
                                                Honorable Sunil R. Harjani

Daniel Silvers
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 18, 2024:

    MINUTE entry before the Honorable Sunil R. Harjani: Plaintiffs' motion to extend time to file motion for summary judgment [97] is granted. Plaintiff's motion for summary judgment is due 11/8/2024. Defendant's response brief is due 12/9/2024. Plaintiff's reply is due 12/30/2024. The Court will issue a written ruling via CM/ECF. The parties shall review the Court's standing order on summary judgment and also provide courtesy copies to chambers according to the instructions in that order. Status hearing to be set post summary judgment. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.