**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Alexander Kaplin, et al.
                        Plaintiff,

v.                                                  Case No.: 1:21−cv−04684
                                                      Honorable Sunil R. Harjani

Daniel Silvers
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 13, 2024:

      MINUTE entry before the Honorable Sunil R. Harjani: Plaintiff has not filed a motion for summary judgment by the Court deadline of 11/8/24. The Court notes that it had already extended the deadline once from the original deadline of 10/21/24. As a result, no summary judgment is permitted at this point pursuant to the Court's scheduling order. This matter will be set for jury trial. A joint status report with proposed and agreed trial dates, as well as the length of the jury trial, is due by 11/19/24. Tracking status set for 11/26/2024 at 9:15 a.m. by telephone. Members of the public and media will be able to call in to listen to this hearing but will be placed on mute. The call−in number is (855) 244−8681 and the access code is 172 628 1276##. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.