UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Bendtrand Global Services S.A., Runner Runner LLC and Alexander Kaplin | ) ) ) | |
| Plaintiffs | ) | Case No. 21-CV-4684 |
| v. | ) ) | Honorable Sunil R. Harjani Judge Presiding |
| Daniel Silvers | ) ) | |
| Defendant | ) ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SUMMARY JUDGMENT MOTION OUT OF TIME**

The Plaintiffs, Bendtrand Global Services S.A., Runner Runner LLC and Alexander Kaplin, by and through their attorney, Gene Hook, submit this Motion for Leave to File Summary Judgment Motion out of Time and in support thereof state as follows:

1. On or about September 19, 2024, this Court entered a briefing schedule, setting October 21, 2024 as the deadline for filing Plaintiffs' Summary Judgment Motion (the "MSJ").

2. Due to circumstances beyond their control, Plaintiffs were unable to obtain necessary affidavits from key witnesses in time to meet the October 21 deadline.

3. On or about October 17, 2024, Plaintiffs filed a Motion to Extend the Deadline for Filing the MSJ (the "Motion to Extend"), explaining the delay and requesting an extension.

4. On or about October 18, 2024, the Court issued a minute order granting Plaintiffs' Motion to Extend and setting a new deadline of November 8, 2024, for filing the MSJ.

5. Due to an inadvertent clerical error, Plaintiffs mistakenly recorded the new deadline as November 18, 2024, rather than the correct deadline of November 8, 2024.

1

6. This error was caused by the similarity of the dates—October 18 (the date of the Court's minute order) and November 8 (the new deadline).

7. On November 13, 2024, the Court issued another minute order, noting that Plaintiffs had missed the November 8 deadline and stating that Plaintiffs would no longer be allowed to file the MSJ.

8. Pursuant to Rule 6(b)(1)(B) of the Federal Rules of Civil Procedure, the Court may, for good cause shown, extend a deadline "on motion made after the time has expired if the party failed to act because of excusable neglect."

9. Here, Plaintiffs' failure to meet the November 8 deadline was due to excusable neglect—specifically, an inadvertent error in recording the correct deadline due to the similarity in the dates (October 18, November 8, and November 18).

10. This was a genuine oversight, not willful neglect.

11. Plaintiffs are now prepared to file their MSJ and respectfully request an extension until November 18, 2024 to do so.

**WHEREFORE**, Plaintiffs, Bendtrand Global Services S.A., Runner Runner LLC, and Alexander Kaplin, respectfully request that this Court grant their Motion for Leave to File Summary Judgment Motion out of time, and for such other and further relief as the Court deems just and proper.

Date: November 13, 2024                  Alexander Kaplin, Bendtrand Global Services S.A., Runner Runner LLC

By: /s/ Gene Hook
Counsel for the Plaintiffs

Gene Hook
Law Office of Gene Hook
401 S LaSalle St., Suite 1600 Q
Chicago, IL 60605
Phone: 773-606-1856

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Motion was served upon all counsel of record this 13th day of November, 2024 via Case Management/Electronic Case Filing ("CM/ECF") System.

/s/ Gene Hook