**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Alexander Kaplin, et al.
        Plaintiff,

v.               Case No.: 1:21−cv−04684
                Honorable Sunil R. Harjani

Daniel Silvers
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 15, 2024:

  MINUTE entry before the Honorable Sunil R. Harjani: Motion [100] is granted for the reasons stated in Plaintiff's motion, and after having reviewed Defendant's response. Mistakes in calendaring matters happen. Any summary judgment motion is due 11/18/24. No further extensions. Moreover, the status report with proposed jury trial dates stands. The Court intends to set a jury trial for 2025, but will rule on any dispositive motion prior to that date. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.