**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Alexander Kaplin, et al.
                         Plaintiff,

v.                                                        Case No.: 1:21−cv−04684
                                                              Honorable Sunil R. Harjani

Daniel Silvers
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 19, 2024:

      MINUTE entry before the Honorable Sunil R. Harjani: Defendant's response to Plaintiff's motion for leave to submit additional affidavits and additional time to file status report [106] is due 11/22/2024. Reply not necessary. The Court will issue a written ruling. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.