# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Alexander Kaplin, et al.
                             Plaintiff,

v.                                              Case No.: 1:21−cv−04684
                                                Honorable Sunil R. Harjani

Daniel Silvers
                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 25, 2024:

MINUTE entry before the Honorable Sunil R. Harjani: Plaintiff's motion [106] is granted in part and denied in part. The Court will accommodate Plaintiff, even though it has given him several opportunities already, and allow for the supplemental affidavits to be submitted no later than 12/2/2024. Defendant's response date is adjusted to 1/6/2025 and reply brief is now due 1/21/2025. However, the Court will set this matter for trial. The case is already three years old and no further delay is necessary. The Court will rule on the motion for summary judgment prior to trial, but a jury trial is set to begin on May 5, 2025 at 8:30 a.m. Firm date. Final pretrial conference set for 4/29/2025 at 10:00 a.m. The parties are directed to review and comply with Judge Harjani's standing order for Final Pretrial Order Procedures in Civil Cases, which is available on Judge Harjani's web page located on the Court's website at www.ilnd.uscourts.gov. The joint proposed final pretrial order is due by 4/15/2025. Two (2) copies of the proposed final pretrial order shall be delivered to Chambers on 4/15/2025. All motions in limine due by 3/25/2025. Responses to motions in limine due 4/8/2025. Replies to motions in limine due by 4/15/2025. By 4/16/2025, the parties also must provide the Court with two exhibit binders containing copies of the objected−to deposition testimony and exhibits. At least three weeks prior to trial, the parties shall contact the Court 9;s systems department (312−435−6045) to coordinate any specific evidence presentation needs and schedule a date before trial to review the courtroom technology. If the parties wish to discuss a trial issue prior to the final pretrial conference, they may contact the Courtroom Deputy to set up a telephone status hearing. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.