# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Alexander Kaplin, et al.

                          Plaintiff,

v.                                              Case No.: 1:21−cv−04684

                                                       Honorable Sunil R. Harjani

Daniel Silvers

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 18, 2025:

      MINUTE entry before the Honorable Sunil R. Harjani: For the reasons stated in the Order entered this day, Plaintiffs' motion to strike Defendant's affidavit is granted in part [115], Plaintiffs' motion to exclude the attached exhibits is denied as moot [116], and Plaintiffs' motion for partial summary judgment [104] is denied. Trial dates and pretrial deadlines stand [110]. If the parties wish to discuss a trial issue prior to the final pretrial conference or seek a referral for a settlement conference with the Magistrate Judge, they may contact the Courtroom Deputy to set up a telephone status hearing. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.