UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Alexander Kaplin, et al.
                                    Plaintiff,

v.                                                      Case No.: 1:21−cv−04684
                                                        Honorable Sunil R. Harjani

Daniel Silvers
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 24, 2025:

MINUTE entry before the Honorable Sunil R. Harjani: Motion [121] is set for in−person hearing for 4/1/25 at 10:30 a.m. in courtroom 1925. The Court has reviewed the motion and in general, this Court does not usually permit remote testimony via videoconference at trial because the parties can and should preserve that testimony during discovery via depositions, which can be offered at trial via deposition designations. FRCP 43 also requires good cause and compelling circumstances for this option, which is a high standard to satisfy, and simply being overseas is not sufficient. Plaintiff is encouraged to read the Advisory Committee Notes to Rule 43 for more detail. Thus, Plaintiff is advised to start arranging travel and visas (if necessary) for these witnesses in advance of the motion hearing. The parties are once again urged to attempt to settle this case, and the Court orders that Plaintiff issue a settlement demand to Defendant by 3/25/25 and Defendant to respond by 3/28/25. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.