UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Alexander Kaplin, et al.
       Plaintiff,

v.              Case No.: 1:21−cv−04684
               Honorable Sunil R. Harjani

Daniel Silvers
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 2, 2025:

  MINUTE entry before the Honorable Sunil R. Harjani: Based on the email request for the parties, status hearing set for today 4/2/25 is stricken as the parties have represented they have reached a settlement. Stipulation to dismiss is due by 4/22/25. Tracking status set for 4/24/25 at 9:15 a.m. by telephone but will be stricken if the stipulation is timely filed. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.