# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Alexander Kaplin, et al.
                      Plaintiff,

v.                                          Case No.: 1:21−cv−04684
                                                      Honorable Sunil R. Harjani

Daniel Silvers
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 7, 2025:

      MINUTE entry before the Honorable Sunil R. Harjani: Given the parties have represented they have reached a settlement, the Court denies as moot Defendant's Omnibus Motion in Limine [120] and Motion to Prohibit Remote Testimony [121]. The Court also strikes the trial dates and pretrial deadlines [110]. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.